LOUIS ANGELINA, Appellant, *v.* EUCLID CONCRETE CORP. et al., Respondents.

Submitted February 24, 1953; decided March 5, 1953.

558

*Maurice Finkelstein* for motion.

*Harris Birnbaum* opposed.

Motion denied, with $10 costs.